IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TOM TILLEY**                                                                                                      **PLAINTIFF**

VS.                                      **CASE NO. 1:06CV00047 JMM**

**CITY OF NEWARD, ARKANSAS, ET AL.**                              **DEFENDANTS**

**ORDER**

The Court has been notified that a settlement has been reached in the above styled case. Based upon this settlement, the complaint and all claims in this action are hereby dismissed with prejudice and the Clerk of the Court is directed to close the case and dismiss all pending motions as moot.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this  18   day of  December , 2007.

James M. Moody
United States District Judge